UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| HOLLY L. BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 1:19-cv-765 |
| | ) | |
| AIR METHODS CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant Air Methods Corporation (hereinafter "Defendant"), by its counsel, pursuant to 28 U.S.C. § 1441, and 28 U.S.C. § 1446, hereby gives notice of its removal of this action from the Marion Superior Court, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division, on the basis of diversity jurisdiction, 28 U.S.C. § 1332.  In support of this Notice of Removal, Defendant states as follows:

1.      On January 18, 2019, plaintiff Holly L. Brooks ("Plaintiff") commenced a civil action in the Marion Superior Court, captioned *Holly L. Brooks v. Air Methods Corporation,* No. 49D10-1901-CT-002739 (the "State Action").

2.      A copy of the Summons and Complaint served on Defendant in the State Action (the "Complaint") is attached to this Notice of Removal as **Exhibit A**.

3.      A copy of Plaintiff's counsel's E-Filing Appearance (the "E-Filing Appearance") is attached to this Notice of Removal as **Exhibit B**.

4. The Complaint alleges that Plaintiff sustained injuries to her left wrist and arm while assisting with the unloading of a patient from a helicopter and that the injury was the result of a defective cot/litter owned by Defendant.

5. Plaintiff alleges that, as a result of the alleged injuries, she has been unable perform work as a flight nurse and may be unable to continue her career as a nurse. The Complaint seeks damages based on the alleged negligence of Defendant. See *Complaint*.

## DIVERSITY JURISDICTION

6. This Court has diversity jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 due to complete diversity of citizenship between the parties and an amount in controversy in excess of $75,000, exclusive of interest and costs.

7. Plaintiff is a citizen of Indiana. *See E-Filing Appearance, Section 1.*

8. Defendant is a foreign corporation organized under the laws of the state of Delaware, with its principal place of business located in Colorado; Defendant is therefore a citizen, as defined by 28 U.S.C. § 1332(c)(1), of the states of Delaware and Colorado. *See Losinger Affidavit, ¶ 4,* attached as **Exhibit C**.

9. Accordingly, there is complete diversity of citizenship among the parties.

10. Although the Complaint does not quantify the amount of damages sought, the Plaintiff claim for damages is in excess of $75,000. Plaintiff alleges damages, as a result of the incident, including a claim for her injuries, loss of earning capacity, and loss of the ability to participate in her chosen career. *Compl.* ¶¶ 14-17. The Complaint seeks damages commensurate with the injuries and damages she claims, as well as interest, costs, and all other just and appropriate relief. This means the amount in controversy, even exclusive of interest and costs,

321545v.1

exceeds $75,000, satisfying the requirement of 28 U.S.C. § 1332(a). Plaintiff's counsel has also confirmed that Plaintiff is seeking damages in excess of $75,000.

11.    Defendant may therefore remove this matter under 28 U.S.C. § 1441 based on diversity jurisdiction.

## PROCEDURAL REQUIREMENTS

12.    The Summons and Complaint was served on Defendant on January 25, 2019. This Notice of Removal is therefore timely filed within thirty days of service of the Summons and Complaint.  See 28 U.S.C. § 1446(b).

13.    This Court is the United States District Court for the district embracing the place where the State Action is currently pending.

14.    Undersigned counsel certifies that a Notice of Filing of Notice of Removal, along with a copy of this Notice of Removal, will be promptly filed with the Marion Superior Court and served on counsel for all other parties.  A copy of the Notice of Filing of Notice of Removal is attached hereto as **Exhibit D**.

15.    Defendant reserves the right to amend or supplement this Notice of Removal and to submit additional evidence in support should Plaintiff move to remand.

16.    By this Notice of Removal, Defendant does not waive any rights, defenses, claims, or arguments relating to the Action.

WHEREFORE, Defendant Air Methods Corporation, Inc. hereby removes the above-captioned action from the Marion Superior Court, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.

*/s/ Edward A. DeVries*
Edward DeVries (#30316-45)
Attorney for Air Methods Corporation
Wilson Elser Moskowitz Edelman & Dicker LLP

321545v.1

55 W. Monroe Street, Suite 3800
Chicago, IL 60603
312-821-6184 | 312-704-1522 f
edward.devries@wilsonelser.com

321545v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of February, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operations of the Court's electronic filing systems to all parties indicated on the electronic filing receipt. All other parties will be served by Regular U. S. Mail. Parties may access this filing through the Court's System, as follows:

***<u>Counsel for Plaintff</u>***
David L. Farnbauch
Sweeney Law Firm
8109 Lima Road
Fort Wayne, IN 46818
P:  (260) 420-3137
dlf@sweeneylawfirm.com

Edward J. Chester
Chester Law Office
230 North Main Street, Suite 2
P.O. Box 1768
Elkhart, IN 46515
P:  (574) 584-3839
ed@chesterlawoffice.com

/s/ Edward A. DeVries_____

321545v.1